No. 1021. 415 FIFTH AVENUE CO., INC. *v.* FINN, TRUSTEE. May 6, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.

*Lowell M. Birrell* and *Theodore E. Larson* for petitioner. *Joseph Lorenz* for respondent.